U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

FEB 1 9 2008

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

UNITED STATES OF AMERICA
      Respondent,

VS.                   CASE NO.5-93CR0013-C

ERIC ANTHONY THOMAS
      Defendant,

===============================

RECEIVED

FEB 1 9 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

## MOTION FOR A REDUCTION IN TERM OF IMPRISONMENT PURSUANT TO TITLE 18 U.S.C. § 3582(c)(2)

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, ERIC ANTHONY THOMAS, the Defendant, pro-se in the above style and number cause and respectfully moves the Court for a consideration of a reduction in his term of imprisonment pursuant to Title 18 U.S.C. § 3582(c)(2). And thus shows the following in support of his motion:

Title 18 U.S.C. § 3582(c)(2) provides that a court may consider reducing a defendant's term of imprisonment if such a reduction is consistent with applicable policy statements issued in the Sentencing Guidelines. When the defendant is serving a term of imprisonment and the guideline range applicable to that defendant has been lowered as a result of a retroactive application of the amendment. See United States v. Towe, 26 F.3d 614 (5th Cir. 1994).

In sub judice, the defendant was convicted and sentence in an offense involving cocaine base "crack." On November 1, 2007, amendment 706 became effective which pertained to defendants sentence in offenses

involving cocaine base "crack." And that such defendants will be eligible for a two (2) level reduction in their base offense levels under the said amendment. On Dec.11,2007, the United States Sentencing Commission voted for this amendment to be applied retroactive to defendant sentenced prior to the November 1,2007, effective date. And placed amendment 706 as amendmed by 711 under the United States Gudelines' 1B1.10 section signifying that such amendment shall be applied retroactively.

The defendant in this case was initially sentenced as a base offense level 34, criminal history category III which rendered a sentnecing guideline range of 188-235 months. And when applying the retroactive amendment 711 to the defendant's case it reduces his base offense level to 32, criminal history category III, and a sentencing guideline range of 151-188 months instead of 188-235 months. And when considering that the defendant received a 220 month term of imprisonment under the previous guideline range it seems appropriate to sentence the defendant now to the top half of his applicable guideline range when applying the retroactive amendment. See United States v. Huskey, 137 F.3d 283 (5th Cir.1998).

But when determing the appropriate sentence to be impose upon resentencing there are factors under Title 18 U.S.C. § 3553(a) that must be considered that were not considered when the defendant's sentence was initially imposed such as rehabilitation, disadvantage upbring, substance addiction, age, family ties and responsibilities as well many other personal factors. See United States v. Hicks, 474 F.3d 1167 (9th Cir.2007).

As for the defendant's post rehabilitation the defendant has completed the following 34 courses and programs during his post rehabilitation. See [Exhibit I].

The district court shall also be reminded that the United States Supreme Court has just recently ruled that the district court judges does have their discretionary powers to impose the sentence it sees desired upon determining the appropriate sentence during the resentencing of the defendant. As the United States Sentencing Guidelines are no longer mandatory but are advisory. See United States v. Gall, 552 U.S.___,2007; Kimbrough v. United States, No.06-6330. Therefore, the defendant argues that the district court did not consider any of the above factors when imposing his initial sentence but must now consider these factors when determining the new sentence to be impose subsequent to the Supreme Court's decision in United States v. Booker, 543 U.S. 220 (2005), upon the granting of his 3582 motion. See United States v. Hicks, 472 F.3d 1167 (9th Cir.2007).

When determining the appropriate sentence to be imposed upon resentencing the defendant argues that he shall receive a sentence below or at the bottom of his now applicable guideline range when considering the above factors especially when considering the defendant received his GED while incarcerated along with having successfully completed 33 other courses and programs while incarcerated. And there is absolutely no doubt that the defendant is entitled to the relief sought under the retroactive amendment pursuant to Title 18 U.S.C. § 3582(c)(2). See Towe,supra.

WHEREFORE, PREMISES CONSIDER, ERIC ANTHONY THOMAS, the Defendant prays the Honorable Court grants his motion pursuant to Title 18 U.S.C. § 3582(c)(2) and vacate the defendant's sentence. And order the defendant remanded for resentencing under Title 18 U.S.C. § 3553(a) and with consideration of the Court's discretionary power to determin and impose the new sentence under the advisory guidelines under Gall, supra; Kimbrough, supra. All other relief deemed appropriate in this case.

RESPECTFULLY SUBMITTED

ERIC ANTHONY THOMAS PRO-SE
REG. NO.28749-077
FCI FORTH WORTH
P.O. BOX 15330
FORTH WORTH, TX.76119

### CERTIFICATE OF SERVICE

I hereby certify that I have sent a true and correct copy of the foregoing motion U.S. Postal Mail postage pre-paid and properly affixed to the following:

U.S. District Court
Northern District of Texas
C-2211 U.S. Courthouse
1205 Texas Ave.
Lubbock, Texas 79401-002

On this 10 day January ,2008.

RESPECTFULLY SUBMITTED

ERIC ANTHONY THOMAS PRO-SE

-4-

# EXHIBIT I

[EXHIBIT I]

```
   FTWLB          *        INMATE EDUCATION DATA        *       12-31-2007
   PAGE 001        *              TRANSCRIPT            *       11:11:12

   REGISTER NO: 23749-077    NAME..: THOMAS                  FUNC: PRT
   FORMAT.....: TRANSCRIPT    RSP OF: FTW-FORT WORTH FCI
```

```
--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                  START DATE/TIME STOP DATE/TIME
FTW  ESL HAS   ENGLISH PROFICIENT            08-30-1993 1339 CURRENT
FTW  GED EARNED GED EARNED IN BOP            06-29-2005 1412 CURRENT
```

```
--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL    DESCRIPTION                    START DATE  STOP DATE EVNT AC LV  HRS
WIL         BEGINNING CARDIO CLASS         06-13-2007 08-23-2007  P  C  P   10
WIL         BEGINNING CARDIO CLASS         02-05-2007 04-08-2007  P  C  P   10
WIL         RECREATION CLASS               01-22-2006 03-01-2006  P  C  P    6
WIL         RECREATION CLASS               01-22-2006 02-19-2006  P  C  P    6
WIL         RECREATION CLASS               01-13-2006 02-19-2006  P  C  P    6
WIL         RPP #6 NON RESIDENTIAL DRUG    12-02-2005 12-23-2005  P  C  P   32
WIL         RPP #6 FCI AA                  10-21-2005 01-22-2006  P  C  P   12
WIL         RPP #1 HIV/AIDS AWARENESS      10-19-2005 10-19-2005  P  C  P    1
BMM         GED B 1230-1430 M-F            12-27-2004 06-29-2005  P  C  P 1640
BMM         MATH MADE SIMPLE               10-27-2004 12-17-2004  P  C  P   16
BMM         ACE GEOMETRY                   10-26-2004 12-17-2004  P  C  P   16
BMM         ACE ALGEBRA                    10-25-2004 12-17-2004  P  C  P   16
BMM         GEDB,1400-1530, M-F            08-04-2003 12-27-2004  C  W  I    0
BMM         ACE BUSINESS 2                 05-18-2004 07-09-2004  P  C  P   16
BMM         ACE BUSINESS CLASS             05-20-2004 07-09-2004  P  C  P   16
BMM         THE MESSAGE                    01-21-2003 01-21-2003  P  C  P    1
BMM         ANALYSIS & RESEARCH            05-13-2002 07-09-2002  P  C  P   16
BMM         ENTREPRENEUR CLASS             03-06-2002 04-24-2002  P  C  P   16
TEX         PREGED 7:35-9:25 M. SCHUYLER   07-23-2001 11-07-2001  P  W  I  502
TEX         PREGED 7:35-9:25 K. LEWIS      08-21-2000 04-12-2001  P  W  I  455
BMM         GED D 1400-1545, M-F           01-12-2000 06-13-2000  P  W  I  317
BMM         BREAKING BARRIERS              01-25-2000 03-31-2000  P  C  P   20
BMM         FREE YOUR MIND GROUP           02-03-2000 03-15-2000  P  C  P    5
BMM         GEDC, 1200-1400, M-F           08-30-1999 01-12-2000  C  W  I    0
BMM         SUBSTANCE ABUSE                06-11-1999 08-09-1999  P  C  P    5
BMP         GED CLASS: M-F 2:00-3:30P      07-06-1998 04-29-1999  P  W  V  222
BMP         BASIC LEGAL RESEARCH,TUES.7-8P 12-01-1998 01-24-1999  P  C  P   10
BMP         TYPING MON-FRI 1:00 - 2:00PM   09-09-1998 10-19-1998  P  C  P   20
ERE         ENG CLASS 2-3 RM 203           11-25-1996 03-04-1997  P  W  V   65
ERE  DRUG   CERAMICS                       07-15-1996 09-10-1996  P  C  P   60
ERE         BILL MOYER'S SERIES ON HEALTH  01-03-1996 01-24-1996  P  C  P   15
ERE         BUILDING MAINTENANCE AM        04-12-1996 06-12-1996  P  C  M  175
FLF         GED MORNING CLASSES 8-11/ M-F  01-09-1995 01-13-1995  P  W  I  751
FLF         LITERACY CLASS 8:00-11:00 M-F  09-21-1993 01-09-1995  C  W  V    0
```

```
--------------------- HIGH TEST SCORES ---------------------
TEST     SUBTEST         SCORE    TEST DATE    TEST FACL   FORM      STATE
ABLE     LANGUAGE        6.0      04-01-2004   BMM
         NUMBER OPR      10.2     06-28-1994   FLF         F
         PROB SOLV       11.1     10-18-1994   FLF         E
```

```
   G0002        MORE PAGES TO FOLLOW . . .
```

```
   FTWLB          *         INMATE EDUCATION DATA          *      12-31-2007
PAGE 002 OF 002 *                TRANSCRIPT                *      11:11:12

REGISTER NO: 23749-077    NAME..: THOMAS                      FUNC: PRT
FORMAT.....: TRANSCRIPT    RSP OF: FTW-FORT WORTH FCI
```

```
---------------------------- HIGH TEST SCORES ----------------------------
TEST          SUBTEST       SCORE     TEST DATE      TEST FACL    FORM    STATE
ABLE          READ COMP       9.4     10-18-1994     FLF          E
              SPELLING        8.5     11-02-2000     BMP          F
              VOCABULARY      6.5     11-02-2000     BMP          F
GED           AVERAGE       470.0     06-01-2005     BMM          PASS    TX
              LIT/ARTS      440.0     06-01-2005     BMM          IA      TX
              MATH          510.0     06-01-2005     BMM          IA      TX
              SCIENCE       470.0     06-01-2005     BMM          IA      TX
              SOC STUDY     480.0     06-01-2005     BMM          IA      TX
              WRITING       450.0     06-01-2005     BMM          IA      TX
GED PRAC      MATH          440.0     04-14-2005     BMM          PB
              SCIENCE       430.0     04-14-2005     BMM          PB
```

```
G0000      TRANSACTION SUCCESSFULLY COMPLETED
```

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | No. 5:93-CR-013-C |
| | § | ECF |
| ERIC ANTHONY THOMAS | § | |

## MOTION FOR DISCLOSURE OF PRESENTENCE REPORT

The United States of America, by and through the United States Attorney for the Northern District of Texas, moves this Court for an order to disclose the Presentence Report prepared in the case, and, in support of such motion, shows as follows:

The defendant has filed a motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) on the basis of Amendment 706 to Section 2D1.1 of the United States Sentencing Guidelines. Due to the age of the case, the United States Attorney's Office no longer has its case file or access to the Presentence Report prepared for the court and previously provided to the attorney for the government and the defendant (through his counsel). The Presentence Report would assist the government in properly analyzing the merits of the defendant's assertions.

As the defendant is in custody at this time and his motion was filed pro se, the government was not able to confer with him regarding this motion.

Respectfully submitted,

RICHARD B. ROPER
UNITED STATES ATTORNEY

/s/ Cody L. Skipper
CODY L. SKIPPER
Assistant United States Attorney
Texas State Bar No. 24041928
1205 Texas Avenue, Suite 700
Lubbock, Texas 79401
Telephone:   806.472.7351
Facsimile:   806.472.7394
E-Mail:       cody.skipper@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the above motion was served by United States Mail on Eric Anthony Thomas, # 23749-077, Federal Correctional Institution, Post Office Box 15330, Fort Worth, Texas 76119

/s/Cody L. Skipper
CODY L. SKIPPER
Assistant United States Attorney

**United States District Court for the Northern District of Texas**

_ABiLene_ **Division**

| | |
|---|---|
| **United States of America,**<br>_Plaintiff,_ | _F.C.I Ft. worth_<br>Place of Confinement |
| v. | _23749-077_<br>Prisoner ID Number |
| _Eric Thomas_ ,<br>_Defendant._ | _5-93 CR0013-C_<br>Criminal Case Number |

**Defendant's Motion and Questionnaire for Reduction of Sentence**
**Pursuant to 18 U.S.C. § 3582(c)**

### Instructions - Read Carefully

1. This motion must be legibly handwritten or typewritten. All questions must be answered concisely in the proper space on the form.

2. When the motion is fully completed, the original must be mailed to the Clerk of the United States District Court for the Northern District of Texas at the appropriate divisional office whose address is:

Abilene Division
P.O. Box 1218
Abilene, TX 79604

Amarillo Division
205 E. Fifth Street, 133
Amarillo, TX 79101

Dallas Division
1100 Commerce, Rm 1452
Dallas, TX 75242

Fort Worth Division
501 W. 10th Street, Room 310
Fort Worth, TX 76102-3673

Lubbock Division
1205 Texas Ave., Room 209
Lubbock, TX 79401-4091

San Angelo Division
33 E. Twohig Street, 202
San Angelo, TX 76903-6451

Wichita Falls Division
1000 Lamar Street, 203
Wichita Falls, TX 76301

3. Questionnaires which do not conform to these instructions will be returned with a notation as to the deficiency.

## Questionnaire

1. Name and location of court which entered the judgment of conviction under attack: *U.S District Court*

   *Northern District of Texas "LuBBock"*

2. Date of judgment of conviction:

   *8-26-1993*

3. Length of sentence:

   *220 Months*

4. Are you currently in prison?    ✓ Yes _____ No

5. Are you currently on supervised release? _____ Yes _____ No

6. Are you currently serving a sentence of imprisonment that was imposed because you violated your supervised release (otherwise known as a supervised release revocation sentence)? _____ Yes ✓ No

7. Is your case currently on appeal? _____ Yes ✓ No

8. Did your offense of conviction involve cocaine base (crack cocaine) ?

   ✓ Yes _____ No

9. Was your sentence under the United States Sentencing Guidelines determined in whole, or in part, using the offense levels for cocaine base (crack cocaine)?

   ✓ Yes _____ No

10.   Were you convicted of an offense that required a statutory mandatory minimum prison sentence be served?

_____✓_____Yes   _____No

   10(a).   If your answer to question 10 is yes, was your sentence greater than the statutory mandatory minimum?

_____✓_____Yes   _____No

11.   Was your sentence based on a provision in your plea agreement that agreed as to the proper sentence in your case and bound the Court to that sentence? (This is commonly known as an Rule 11(c)(1)(C) agreement.)

_____Yes   _____✓_____No

12.   Were you held accountable under the United States Sentencing Guidelines for less than 250 milligrams of cocaine base (crack cocaine)?

_____Yes   _____✓_____No

13.   Were you held accountable under the United States Sentencing Guidelines for 4.5 kilograms or more of cocaine base (crack cocaine)?

_____Yes   _____✓_____No

14.   Were you held accountable under the United States Sentencing Guidelines for multiple types of controlled substances (for example, did it involve crack cocaine, plus powder cocaine, plus methamphetamine)?

_____Yes   _____✓_____No

15.   Were you represented by an attorney at your sentencing hearing and, if the answer is yes, what is their name and address?

_____✓_____Yes   _____No

_Dennis Reeves_
_____

**Attorney's Name, Address and Phone Number**

15a.   Was your attorney appointed to represent you by the Court or did you retain an attorney?



_____Appointed   _____Retained

16.   Do you want to have an attorney represent you in your request to have your sentence reduced?

_____Yes   _____No

16a.   Do you have the funds to hire an attorney?

_____Yes   _____No

16b.   If the answer to question 16a is **No**, please complete the attached Declaration in Support of Request to Proceed *In Forma Pauperis*?

17.   In addressing a possible sentencing reduction under 18 U.S.C. § 3553(a), the district court is required to look to the factors set forth in 18 U.S.C. § 3553(a).   Those factors include, but are not limited to:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;

(2) the need for the sentence imposed –

    (A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;

    (B) to afford adequate deterrence to criminal conduct;

    (C) to protect the public from further crimes of the defendant; and

    (D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;

(3) the kinds of sentences available;

(4) the kinds of sentence and the sentencing range established for –

(A) the applicable category of offense committed by the applicable category of defendant as set forth in the guidelines ...;

(5) any pertinent policy statement ...;

(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and

(7) the need to provide restitution to any victims of the offense.

For purposes of aiding the Court to determine whether your sentence should be reduced, please provide answers to the following questions:

17a. What information would you like the Court to know regarding the above-listed factors under 18 U.S.C. § 3553(a)

_Post sentence rehabilitation such as successfully completing several educational programs and the 100:1 ratio under recent Supreme Court's decision in Gall, Kimbrough, and Booker_

17b. Please list any good conduct by you that occurred after your original sentencing hearing and that you would like the court to know in deciding whether you should receive a sentence reduction and the extent of the reduction (examples include participation in a drug treatment program, completion of your GED or other degree).

_See Attachments_

_____

_____

_____

_____

Wherefore, defendant prays that the Court grant defendant relief to which he may be entitled in this proceeding.

Respectfully submitted this __*13*__ of __*Feb*_____, 200 *8* .

*Eric A. Thomas*
Signature of Defendant

*ERIC A. THOMAS*
Printed Name

*23749-077*
BOP No.

*F.C.I Forth worth*
Federal Correctional Institution
(if applicable)

*P.O. BOX 15330*
Address

*Forth worth, Texas 76119*
City, State & Zip Code

# GED℠ Official Transcript of GED Tests Results

Issued by

**OFFICIAL GED TESTING CENTERS**
of the
**General Educational Development Testing Service of the American Council on Education**

*(For additional transcripts, contact the center below.)*

**Candidate's Name**

Last: THOMAS  First: ERIC  Middle Initial: A

Address: PO Box 26045
Beaumont, TX 77720

Phone Number:

Date of Birth: 04/30/1969   Social Security Number(if required): 000000000

Issue Date: 06/18/2005   Reported to: Texas

Test Format: EA

Examiner's Signature  06/18/2005 Date

Center Name: Beaumont FCI
Center Identification No.: 9000460928
Phone Number:
Center Address:      PO Box 26045
Beaumont, TX 77720

| | TEST DATE | TEST FORM | **STANDARD SCORE | PERCENTILE RANK | | INDIVIDUAL TEST STANDARD SCORE |
|---|---|---|---|---|---|---|
| Language Arts, Reading | 06/01/2005 | IA | 440 | 27 | | |
| Language Arts, Writing | 06/03/2005 | IA | 450 | 31 | | |
| Mathematics | 06/02/2005 | IA | 510 | 54 | | |
| Science | 06/01/2005 | IA | 470 | 38 | | |
| Social Studies | 06/01/2005 | IA | 480 | 42 | | |
| Standard Score Total | | | 2350 | *PASS | | |
| Battery Average | | | 470 | *NON-PASS | X | |

*Pass or Non-Pass as determined by jurisdictional policy.

** Standard Score. The scores on this report are the highest scores obtained by the candidate and not necessarily the most recent. If retest scores are lower than scores previously achieved, the retest scores are not reported.

800   800

Below   200   410   Above
PASSING SCORE

Below   200   450   Above
BATTERY PASSING SCORE

**Language Arts, Reading**

Your score meets or exceeds the GED passing score requirement. You demonstrated essential reading skills in the following areas: comprehending, analyzing, evaluating, and synthesizing workplace and literary texts.

**Language Arts, Writing**

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, analyzing, and using the elements of standard English to edit workplace and informational documents and to generate well-organized and developed written text.

**Science**

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying concepts of life, earth and space science, physics, and chemistry to visual and written text from academic and workplace contexts.

**Mathematics**

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding and interpreting mathematical concepts in algebra, data analysis, statistics, geometry, and number operations applied to visual and written text from academic and workplace contexts.

**Social Studies**

Your score meets or exceeds the GED passing score requirement. You demonstrated essential skills in the following areas: understanding, interpreting, and applying key history, geography, economics, and civics concepts and principles to visual and written text from academic and workplace contexts.

**TOTAL BATTERY**

You have demonstrated the 21st century skills of:
- Communication
- Information processing
- Problem solving
- Higher order thinking skills
in the five tests areas (Reading, Writing, Mathematics, Science, and Social Studies) to perform effectively in the workplace or in higher education.



GEDTS Form 39 - 11/01



*Certificate of Achievement*

*FCI Williamsburg Nonresidential Drug Treatment Program*

*Successfully Completed Ten Hours*

*On this date, March 09, 2000*

*Eric Thomas*

*Dr. Ramsey, DAP Coordinator*

# Certificate of Award

In honor and recognition of your fine performance
we hereby present

Eric Thomas

with this certificate of award

For completion of the 40 hour Drug Education Program at

The Federal Correctional Institution El Reno. Oklahoma

On This 31st Day Of July 19 96



AC 305

# Certificate of Award

In honor and recognition of your fine performance
we hereby present

ERIC THOMAS

with this certificate of award

FOR COMPLETION OF THE 500-HOUR RESIDENTIAL DRUG ABUSE PROGRAM

AT THE FEDERAL CORRECTIONAL INSTITUTION, EL RENO, OKLAHOMA

On This    16th   Day Of    January    19 97

Amy Hudson, Ph.D.

AC 305

# Certificate of Completion

Awarded to

## Eric Thomas

For successfully completing the

## INSTITUTIONAL TRANSITIONAL SERVICES PROGRAM

on this 22nd day of July, 1999

at the

Federal Correctional Complex,

Federal Correctional Institution, Medium

Beaumont, Texas

_____
Instructor

_____
Camp Coordinator

# Certificate of Completion

Awarded to

## Eric Thomas

for successfully completing the

## SUBSTANCE ABUSE CLASS (40 hours)

on this 27th day of July, 1999

at the

Federal Correction Institution

Unit Management

Beaumont, Texas



_____
Instructor

_____
Unit Manager

```
   FTWLR  540*23 *            SENTENCE MONITORING        *    02-13-2008
   PAGE 001       *            COMPUTATION DATA           *    14:33:43
                               AS OF 02-13-2008

   REGNO..: 23749-077 NAME: THOMAS, ERIC ANTHONY


   FBI NO...........: 126669HA5        DATE OF BIRTH: 04-30-1969
   ARS1.............: FTW/A-DES
   UNIT.............: HOUSTON          QUARTERS.....: H12-004L
   DETAINERS........: NO               NOTIFICATIONS: NO

   PRE-RELEASE PREPARATION DATE: 12-19-2008

   THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
   THE INMATE IS PROJECTED FOR RELEASE:  06-19-2009 VIA GCT REL

   ----------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

   COURT OF JURISDICTION...........: TEXAS, NORTHERN DISTRICT
   DOCKET NUMBER...................: 5:93-CR-0013-01-C
   JUDGE...........................: CUMMINGS
   DATE SENTENCED/PROBATION IMPOSED: 07-28-1993
   DATE COMMITTED..................: 08-26-1993
   HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
   PROBATION IMPOSED...............: NO

                      FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
   NON-COMMITTED.: $50.00         $00.00        $00.00       $00.00

   RESTITUTION...:  PROPERTY: NO  SERVICES:  NO        AMOUNT: $00.00

   ------------------------CURRENT OBLIGATION NO: 010 ---------------------------
   OFFENSE CODE....:  401
   OFF/CHG: (CT 2 & 3) 21:841(A)(1)/841(B)(1)(A)(III) & 860(A)
            PWID COCAINE BASE W/I 1000 FT OF A PUBLIC SECONDARY SCHOOL
            AND PLAYGROUND

    SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
    SENTENCE IMPOSED/TIME TO SERVE.:  220 MONTHS
    TERM OF SUPERVISION............:    5 YEARS
    DATE OF OFFENSE................: 02-02-1993




    G0002      MORE PAGES TO FOLLOW . . .
```

```
FTWLR  540*23 *            SENTENCE MONITORING      *      02-13-2008
PAGE 002 OF 002 *           COMPUTATION DATA         *      14:33:43
                           AS OF 02-13-2008
```

REGNO..: 23749-077 NAME: THOMAS, ERIC ANTHONY


------------------------CURRENT COMPUTATION NO: 010 -----------------------

COMPUTATION 010 WAS LAST UPDATED ON 04-20-2006 AT WIL AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

```
DATE COMPUTATION BEGAN..........: 07-28-1993
TOTAL TERM IN EFFECT............:   220 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    18 YEARS       4 MONTHS
EARLIEST DATE OF OFFENSE........: 02-02-1993

JAIL CREDIT.....................:    FROM DATE      THRU DATE
                                    02-02-1993     07-27-1993

TOTAL PRIOR CREDIT TIME.........: 176
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 715
TOTAL GCT EARNED................: 641
STATUTORY RELEASE DATE PROJECTED: 06-19-2009
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 06-04-2011


PROJECTED SATISFACTION DATE.....: 06-19-2009
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS.......: UPDATE COMPUTATION TO REFLECT AMENDED JUDGMENT WITH CORRECTED
               CHARGES AND ADJUSTED ASSESSMENT AND TO DISALLOW 27 DAYS OF GCT


G0000      TRANSACTION SUCCESSFULLY COMPLETED

Eric A. Thomas #23749-077
Federal Correctional Institution
P.O. Box 15330
Forth Worth Tx. 76119

Legal
Mail

U.S. District Court for the No
District of Texas.
Lubbock Division
1205 Texas AVE Room 209
Lubbock, TX 79401-4091

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

FEB 1 9 2008

